*William J. Thurman*

_____
Honorable William T. Thurman
United States Bankruptcy Judge



**Entered on Docket**
**June 25, 2014**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: | Case No.: 12-16152-MKN |
| MARIO FERNANDEZ TRABADO dba CLARK COUNTY PUBLIC AUCTION, | Chapter 7 |
| Debtor. | Adv. No.: 12-01191-MKN |
| BENSON HOPP, Plaintiff, vs. | |
| MARIO FERNANDEZ TRABADO dba CLARK COUNTY PUBLIC AUCTION, | |
| Defendant. | |

**ORDER DISMISSING ADVERSARY PROCEEDING**

Plaintiff, BENSON HOPP, ("Plaintiff") by and through his counsel, Brian D. Shapiro, Esq. of the Law Office of Brian D. Shapiro, LLC, and MARIO FERNANDEZ TRABADO dba CLARK COUNTY PUBLIC AUCTION ("Defendant") have entered into a Stipulation to Dismiss the above-captioned adversary proceeding.

Good cause appearing,

**IT IS HEREBY ORDERED** that adversary proceeding 12-01191-MKN is **DISMISSED**.

1  **IT IS FURTHER ORDERED** that both Plaintiff Hopp and Defendant Trabado shall bear their own fees and costs.

**IT IS SO ORDERED.**

Notice and Copies sent through:

   CM/ECF ELECTRONIC NOTICING

# # #